IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAMON MUNGIA, #1637142,<br>　　　Plaintiff, | §<br>§<br>§ | |
| v. | § | 3:12-CV-1025-M-BK |
| | § | |
| JOHN DOES, Involved in Collin County<br>Case #366-80308-99,<br>　　　Defendants. | §<br>§<br>§ | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

　　The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. Plaintiff filed a document on April 20, 2012, which the Court construes as objections. The District Court has made a *de novo* review of the Findings and Recommendation. To the extent the Plaintiff objects, the objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and **FINDS** that Plaintiff is barred by the three-strike provision of 28 U.S.C. § 1915(g) from proceeding with this action.

　　SO ORDERED this 2nd day of May, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS